UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED
CLERKS OFFICE

2005 MAR 30 A 11: 29

U.S. DISTRICT
DISTRICT OF MASS

James Covington

v.

Peter H. Fauver, Esq., et al.

Case No. 05-10631 RWZ

## ATTACHMENT TO MOTION/AFFIDAVIT TO PROCEED IN FORMA PAUPERIS WITHOUT PREPAYMENT OF FEES

### CERTIFICATE OF CUSTODIAL INSTITUTION

Name of Inmate: James Covington

Name of Institution: NH State Prison Concord

Address of Institution: 281 North State St. PO Box 14   29851
Concord, NH  03302-0014

1. I hereby certify that for the six-month period immediately preceding this date the applicant has had average monthly deposits to his/her account of $ 74.20.

2. Further, I certify that for the six-month period immediately preceding this date the applicant has maintained an average monthly balance in his/her account of $ 18.50.

3. I attach a certified copy of the applicant's trust account statement for the six months preceding the submission of this certificate.

_Virginia St Laurent_
Authorized Officer of Institution

_account Tech_
Title

_3/24/05_
Date

USDCNH-14 (Revised 8-00) (Previous Editions Useable)

```
NH DEPARTMENT OF CORRECTIONS                                                REQUESTOR: ST LAURENT
                    INMATE ACCOUNT LEDGER REPORT                                        03/24/2005 14:18:26
         ACCOUNT ID:    29851  ACCOUNT NAME:  COVINGTON, JAMES
         STARTING DATE: 09/24/2004
```

| POST DATE/TIME | CATEGORY | REFERENCE | FROM/TO | INSTR # | $ AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|
| BALANCE PRIOR TO 09/24/2004 WAS | | | | | | 39.32 |
| 09/28/04 13:46 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -38.02 | 1.30 |
| 10/07/04 05:59 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 85.00 | 86.30 |
| 10/02/04 13:26 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -45.53 | 40.77 |
| 10/09/04 13:42 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -33.76 | 7.01 |
| 10/09/04 14:25 | INMATE LIB PHOTOCOPY | 254847 | | | -2.10 | 4.91 |
| 10/09/04 14:34 | INMATE MEDICAL FEES | 299982 | | | -3.00 | 1.91 |
| 11/09/04 05:11 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 83.50 | 85.41 |
| 11/09/04 13:10 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -47.77 | 37.64 |
| 11/16/04 08:53 | IA-POSTAGE PAYMENT | 294977 | | | -1.06 | 36.58 |
| 11/16/04 08:55 | IA-POSTAGE PAYMENT | 300842 | | | -1.06 | 35.52 |
| 11/16/04 09:05 | INMATE CHECKS OUT | 298967 | THE PAMPERED PRISONER | | -35.00 | .52 |
| 11/16/04 14:57 | INMATE CHECKS OUT | 298967 | THE PAMPERED PRISONER | | 35.00 | 35.52 |
| 11/16/04 14:57 | INMATE CHECKS OUT | 298967 | THE PAMPERED PRISONER | 65083 | -35.00 | .52 |
| 11/23/04 08:32 | INMATE LIB PHOTOCOPY | 309236 | | | -.90 | -.38 |
| 11/23/04 10:00 | IA-POSTAGE PAYMENT | 298931 | | | -1.29 | -1.67 |
| 11/23/04 10:01 | IA-POSTAGE PAYMENT | 298929 | | | -1.06 | -2.73 |
| 11/23/04 13:02 | IA-POSTAGE PAYMENT | 300884 | | | -.80 | -3.53 |
| 11/23/04 13:18 | INMATE LIB PHOTOCOPY | 300883 | | | -1.20 | -4.73 |
| 11/23/04 13:18 | INMATE LIB PHOTOCOPY | 294813 | | | -2.00 | -6.73 |
| 12/01/04 14:27 | IA-POSTAGE PAYMENT | 305409 | | | -.60 | -7.33 |
| 12/06/04 04:23 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 81.00 | 73.67 |
| 12/07/04 13:45 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -46.68 | 26.99 |
| 12/07/04 14:36 | IA-POSTAGE PAYMENT | 305106 | | | -.37 | 26.62 |
| 12/07/04 14:36 | IA-POSTAGE PAYMENT | 304814 | | | -.37 | 26.25 |
| 12/08/04 15:05 | IA-POSTAGE PAYMENT | 304841 | | | -.37 | 25.88 |
| 12/14/04 09:37 | INMATE LIB PHOTOCOPY | 305322 | | | -.40 | 25.48 |
| 12/14/04 13:39 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -25.44 | .04 |
| 12/15/04 08:27 | INMATE CASH IN | 271801 | ROSE FLETCHER | | 25.00 | 25.04 |
| 12/21/04 13:37 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -21.70 | 3.34 |
| 12/28/04 13:53 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -3.18 | .16 |
| 01/04/05 15:45 | IA-POSTAGE PAYMENT | 304910 | | | -1.29 | -1.13 |
| 01/04/05 15:45 | IA-POSTAGE PAYMENT | 304916 | | | -.37 | -1.50 |
| 01/07/05 05:13 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 91.50 | 90.00 |

```
Page  2                              NH DEPARTMENT OF CORRECTIONS                              REQUESTOR: ST LAURENT
                                     INMATE ACCOUNT LEDGER REPORT                                         03/24/2005 14:18:26
                          ACCOUNT ID:    29851  ACCOUNT NAME: COVINGTON, JAMES
                          STARTING DATE: 09/24/2004
```

| POST DATE/TIME | CATEGORY | REFERENCE | FROM/TO | INSTR # | $ AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|
| 01/07/05 15:24 | IA-POSTAGE PAYMENT | 305482 | | | -.37 | 89.63 |
| 01/11/05 13:42 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -47.15 | 42.48 |
| 01/13/05 13:09 | IA-POSTAGE PAYMENT | 332377 | | | -.37 | 42.11 |
| 01/13/05 13:09 | IA-POSTAGE PAYMENT | 332374 | | | -.37 | 41.74 |
| 01/13/05 13:10 | IA-POSTAGE PAYMENT | 332364 | | | -.37 | 41.37 |
| 01/14/05 12:53 | INMATE LIB PHOTOCOPY | 332562 | | | -2.40 | 38.97 |
| 01/14/05 12:54 | INMATE LIB PHOTOCOPY | 332393 | | | -1.40 | 37.57 |
| 01/14/05 14:25 | IA-POSTAGE PAYMENT | 332657 | | | -.37 | 37.20 |
| 01/18/05 13:25 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -36.49 | .71 |
| 01/19/05 10:06 | IA-POSTAGE PAYMENT | 334787 | | | -.37 | .34 |
| 01/19/05 10:06 | IA-POSTAGE PAYMENT | 334858 | | | -.37 | -.03 |
| 01/19/05 10:07 | IA-POSTAGE PAYMENT | 334779 | | | -.37 | -.40 |
| 01/27/05 08:58 | IA-POSTAGE PAYMENT | 334874 | | | -1.06 | -1.46 |
| 01/27/05 08:59 | IA-POSTAGE PAYMENT | 334873 | | | -1.06 | -2.52 |
| 01/27/05 09:00 | IA-POSTAGE PAYMENT | 334876 | | | -.60 | -3.12 |
| 01/27/05 09:00 | IA-POSTAGE PAYMENT | 334861 | | | -.37 | -3.49 |
| 01/27/05 09:01 | IA-POSTAGE PAYMENT | 334860 | | | -.37 | -3.86 |
| 01/27/05 09:02 | IA-POSTAGE PAYMENT | 334470 | | | -.37 | -4.23 |
| 01/27/05 09:02 | IA-POSTAGE PAYMENT | 334477 | | | -.37 | -4.60 |
| 01/27/05 14:39 | INMATE LIB PHOTOCOPY | 334871 | | | -11.40 | -15.63 |
| 02/01/05 09:03 | INMATE CASH IN | 311977 | ROSE FLETCHER | | 70.00 | 54.37 |
| 02/01/05 09:55 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -46.06 | 8.31 |
| 02/01/05 13:00 | IA-POSTAGE PAYMENT | 335451 | | | -.37 | 7.94 |
| 02/01/05 13:01 | IA-POSTAGE PAYMENT | 334875 | | | -.37 | 7.57 |
| 02/01/05 13:01 | IA-POSTAGE PAYMENT | 335474 | | | -.37 | 7.20 |
| 02/01/05 14:13 | IA-POSTAGE PAYMENT | 330815 | | | -.37 | 6.83 |
| 02/01/05 14:13 | IA-POSTAGE PAYMENT | 330816 | | | -.37 | 6.46 |
| 02/01/05 14:13 | IA-POSTAGE PAYMENT | 330807 | | | -.37 | 6.09 |
| 02/02/05 09:19 | INMATE LIB PHOTOCOPY | 334824 | | | -.60 | 5.49 |
| 02/02/05 09:19 | INMATE LIB PHOTOCOPY | 330819 | | | -.30 | 5.19 |
| 02/02/05 09:19 | INMATE LIB PHOTOCOPY | 330836 | | | -.40 | 4.79 |
| 02/04/05 12:00 | IA-POSTAGE PAYMENT | 330817 | | | -.37 | 4.42 |
| 02/04/05 12:00 | IA-POSTAGE PAYMENT | 330820 | | | -.37 | 4.05 |
| 02/04/05 12:01 | IA-POSTAGE PAYMENT | 330814 | | | -.37 | 3.68 |
| 02/04/05 12:01 | IA-POSTAGE PAYMENT | 330813 | | | -.37 | 3.31 |
| 02/04/05 12:01 | IA-POSTAGE PAYMENT | 330811 | | | -.37 | 2.94 |
| 02/04/05 12:01 | IA-POSTAGE PAYMENT | 330810 | | | -.83 | 2.11 |
| 02/04/05 12:02 | IA-POSTAGE PAYMENT | 330809 | | | -.83 | 1.28 |
| 02/04/05 12:02 | IA-POSTAGE PAYMENT | 330830 | | | -.37 | .91 |
| 02/04/05 12:02 | IA-POSTAGE PAYMENT | 330831 | | | -.37 | .54 |
| 02/04/05 12:02 | IA-POSTAGE PAYMENT | 330808 | | | -.37 | .17 |

```
Page 3                       NH DEPARTMENT OF CORRECTIONS                        REQUESTOR: ST LAURENT
                             INMATE ACCOUNT LEDGER REPORT                        03/24/2005  14:18:26
                             ACCOUNT ID:    29851 ACCOUNT NAME: COVINGTON, JAMES
                             STARTING DATE: 09/24/2004
```

| POST DATE/TIME | CATEGORY | REFERENCE | FROM/TO | INSTR # | $ AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|
| 02/07/05 06:22 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 86.50 | 86.67 |
| 02/08/05 14:19 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -46.99 | 39.68 |
| 02/25/05 13:24 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -37.70 | 1.98 |
| 02/27/05 08:57 | IA-POSTAGE PAYMENT | 319321 | | | -.37 | 1.61 |
| 02/27/05 08:58 | IA-POSTAGE PAYMENT | 305459 | | | -.37 | 1.24 |
| 02/27/05 08:59 | IA-POSTAGE PAYMENT | 330828 | | | -.37 | .87 |
| 02/28/05 12:41 | IA-POSTAGE PAYMENT | 330822 | | | -.37 | .50 |
| 02/28/05 12:41 | IA-POSTAGE PAYMENT | 330823 | | | -.60 | -.10 |
| 02/28/05 12:42 | IA-POSTAGE PAYMENT | 330821 | | | -.37 | -.47 |
| 02/28/05 12:42 | IA-POSTAGE PAYMENT | 330827 | | | -.37 | -.84 |
| 02/28/05 12:42 | IA-POSTAGE PAYMENT | 330826 | | | -.37 | -1.21 |
| 02/24/05 09:11 | INMATE LIB PHOTOCOPY | 305496 | | | -.50 | -1.71 |
| 02/24/05 09:12 | INMATE LIB PHOTOCOPY | 305458 | | | -1.50 | -3.21 |
| 02/24/05 14:34 | IA-POSTAGE PAYMENT | 319320 | | | -.83 | -4.04 |
| 02/24/05 14:35 | IA-POSTAGE PAYMENT | 319324 | | | -.37 | -4.41 |
| 02/24/05 14:35 | IA-POSTAGE PAYMENT | 319322 | | | -.37 | -4.78 |
| 02/24/05 14:35 | IA-POSTAGE PAYMENT | 319325 | | | -.37 | -5.15 |
| 03/03/05 12:01 | IA-POSTAGE PAYMENT | 319327 | | | -.37 | -5.52 |
| 03/03/05 12:02 | IA-POSTAGE PAYMENT | 319328 | | | -.37 | -5.89 |
| 03/03/05 12:02 | IA-POSTAGE PAYMENT | 319359 | | | -1.29 | -7.18 |
| 03/03/05 12:03 | IA-POSTAGE PAYMENT | 319351 | | | -1.29 | -8.47 |
| 03/03/05 12:03 | IA-POSTAGE PAYMENT | 319323 | | | -1.52 | -9.99 |
| 03/03/05 12:03 | IA-POSTAGE PAYMENT | 319355 | | | -.37 | -10.36 |
| 03/07/05 06:19 | INMATES WAGES | PAYPOST | PAYROLL SUBLEDGER | | 83.00 | 72.64 |
| 03/08/05 13:24 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -47.96 | 24.68 |
| 03/10/05 09:21 | IA-POSTAGE PAYMENT | 319349 | | | -1.06 | 23.62 |
| 03/10/05 09:21 | IA-POSTAGE PAYMENT | 319353 | | | -1.06 | 22.56 |
| 03/10/05 09:22 | IA-POSTAGE PAYMENT | 319331 | | | -.83 | 21.73 |
| 03/10/05 12:45 | INMATE CASH IN | 314370 | ROSE FLETCHER | | 25.00 | 46.73 |
| 03/11/05 11:09 | IA-POSTAGE PAYMENT | 319333 | | | -.83 | 45.90 |
| 03/11/05 11:09 | IA-POSTAGE PAYMENT | 319334 | | | -.37 | 45.53 |
| 03/15/05 13:59 | IA TO CANTEEN | CNTNPURCH | CNTNPUR | | -44.40 | 1.13 |
| 03/16/05 13:11 | IA-POSTAGE PAYMENT | 319336 | | | -.37 | .76 |

** END OF REPORT **

## LIABILITIES

I. **REAL ESTATE**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | -0- | -0- |
| 2. N/A | -0- | -0- |
| 3. | -0- | -0- |

II. **MOTOR VEHICLES**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | -0- | -0- |
| 2. N/A | -0- | -0- |
| 3. | -0- | -0- |

III. **GENERAL DEBTS**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. | -0- | -0- |
| 2. | -0- | -0- |
| 3. | -0- | -0- |
| 4. | -0- | -0- |
| 5. N/A | -0- | -0- |
| 6. | -0- | -0- |
| 7. | -0- | -0- |
| 8. | -0- | -0- |
| 9. | -0- | -0- |
| 10. | -0- | -0- |

IV. **HOUSEHOLD EXPENSES**

| | | | | |
|---|---|---|---|---|
| 1. TELEPHONE | -0- | 8. GROCERIES | -0- |
| 2. UTILITIES | -0- | 9. MEDICAL/DENTAL | -0- |
| 3. CHILD SUPPORT | -0- | 10. SCHOOL | -0- |
| 4. ALIMONY | -0- | 11. CHURCH | -0- |
| 5. CLOTHES | -0- | 12. TAXES | -0- |
| 6. TRANSPORTATION | -0- | 13. RENT | -0- |
| 7. INSURANCE | -0- | 14. OTHER | -0- |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

3/14/05
DATE

*James Covington*
SIGNATURE

---

REQUEST APPROVED: ( )        REQUEST DISAPPROVED: ( )

Date: _____

United States Magistrate Judge
United States District Judge

4. Do you have any cash or checking or savings accounts?    [ ] Yes    [✓] No
   If "Yes" - state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property, excluding ordinary household furnishings and clothing?    [ ] Yes    [✓] No
   If "Yes" - describe the property and state its value.

6. Do you have any other assets?    [ ] Yes    [✓] No
   If "Yes" - list each asset and state its value.

7. Do you have any outstanding debts?    [ ] Yes    [✓] No
   If "Yes" - list them. (If incarcerated, be sure to include any debts owed to the institution where you are incarcerated as a result of disciplinary or other action.)

8. List your regular monthly household or other expenses:

   I use what I make at the prison to purchase whats needed to survive here and towards my legal work, as far as making the necessary copies to send to various courts.

9. List the persons who are dependent on you for support, state your relationship to each person, and indicate how much you contribute to their support.

   I do not have any dependents.

I declare under penalty of perjury that the above information is true and correct. I understand that a false or dishonest answer to a question in this affidavit may be punishable by fine or imprisonment or both.

3/14/05
DATE

James Covington
SIGNATURE OF APPLICANT

USDCNH-13 (2-97) (Previous Editions Obsolete)