UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES COVINGTON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-10631-RWZ |
| ) | |
| PETER H. FAUVER, ESQ., ) | |
| BLAINE R. HAWKES, ESQ., ) | |
| Defendants. ) | |

ORDER FOR DISMISSAL OF CASE

ZOBEL, D.J.

In accordance with the Order of Dismissal dated April 6, 2005, dismissing this action for the reasons stated herein, it is hereby ORDERED that the above captioned matter be dismissed in its entirety and the case shall be closed on the docket of this Court..

 By the Court,

April 6, 2005 /s/ Lisa Urso
 Lisa Urso
 Deputy Clerk